08 CIV 5609

333-08/PJG/GMV/BGC
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CONTAINER LEASING INTERNATIONAL, LLC, f/d/b/a CARLISLE LEASING INTERNATIONAL, LLC

   Plaintiff

 -against-

WETHOLD INTERNATIONAL B.V. and EUROPA WEST-INDIE LIJNEN B.V. a/k/a EUROPA WEST INDIES LIJNEN B.V.

   Defendants.

---

08 Civ. _____ (___)

**RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff, Container Leasing International, LLC f/d/b/a Carlisle Leasing International, LLC, certifies that Plaintiff's parent corporation is Seacastle, Inc. and that Plaintiff has no corporate parents, affiliates and/or subsidiaries which are publicly held.

Dated: New York, New York
   June 20, 2008

           _____
           Peter J. Gutowski (PG 2200)
           Gina M. Venezia (GV 1551)
           Barbara G. Carnevale (BC 1651)
           FREEHILL HOGAN & MAHAR, LLP
           80 Pine St.
           New York, NY 10005
           Tel: (212) 425-1900
           Fax: (212) 425-1901
           *Attorneys for Plaintiff*

NYDOCS1/307148.1