333-08/PJG
FREEHILL HOGAN & MAHAR LLP
Attorneys for Plaintiff
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONTAINER LEASING INTERNATIONAL, LLC, f/d/b/a CARLISLE LEASING INTERNATIONAL, LLC<br><br>Plaintiff<br><br>-against-<br><br>WETHOLD INTERNATIONAL B.V. and EUROPA WEST-INDIE LIJNEN B.V. a/k/a EUROPA WEST INDIES LIJNEN B.V.<br><br>Defendants. | 08 CV 5609 (LAP)<br><br>**AFFIDAVIT OF SERVICE OF COMPLIANCE WITH SUPPLEMENTAL RULE B(2)** |

STATE OF NEW YORK   )
                    ) ss:
COUNTY OF NEW YORK  )

1. I, GINA M. VENEZIA, am an attorney admitted to practice before this Court and a partner at Freehill Hogan & Mahar, LLP. Our office represents Plaintiff Container Leasing International LLC, f/d/b/a/ Carlisle Leasing International, LLC (hereinafter "Plaintiff") in the captioned matter which involves a maritime attachment pursuant to Supplemental Admiralty Rule B against Defendants Wethold International B.V. ("Wethold") and Europa West-Indie Lijnen B.B., a/k/a Europa West Indies Lijnen B.V. (hereinafter "EWIL").

2. I make this affidavit based upon my personal knowledge, including information contained in my file.

3. The purpose of this Affidavit is to set forth the dates on which Plaintiff served Defendant EWIL in accordance with Supplemental Admiralty Rule B(2) and provided EWIL with notice of these proceedings in compliance with the service provisions of Supplemental Admiralty Rule B(2).

4. This action was commenced on June 20, 2008, with the filing of a Verified Complaint seeking, among other things, security pursuant to Supplemental Rule B for Plaintiff's claims against Defendants arising out of maritime contracts for the lease of freight containers for the carriage of cargo on seagoing vessels.

5. At the time of the filing of the Verified Complaint, Plaintiff also sought an order directing the Clerk of the Court to issue a Process of Maritime Attachment and Garnishment ("PMAG") directing garnishees served with the PMAG to restrain assets of Defendants EWIL and Defendant Wethold, up to and including, an amount of $2,308,022.85. The request for an order of attachment was granted, and an order of attachment and PMAG were issued.

6. A number of garnishee banks, including BNP Paribas and ABN Amro, were served with the PMAG. The garnishees were initially served by hand, and subsequently, by e-mail or facsimile as directed in the garnishees' policies and the Court's order of attachment.

7. On or about July 2, 2008, funds in the amount of $114,903.75 for the benefit of Defendant EWIL were restrained at BNP Paribas and funds in the amount of $16,048.81 for the benefit of Defendant EWIL were restrained at ABN Amro.

8. The following day, July 3, 2008, in accordance with Local Admiralty Rule B.2, I prepared a notice letter to Defendant EWIL advising it of the restraints at BNP Paribas and ABN Amro which I sent by Federal Express for express delivery. With this July 3, 2008, letter, I also served Defendant EWIL a copy of the complaint, summons, and PMAG.

9.   Before the Local Rule B.2 notice letter was actually delivered to Federal Express on July 3, 2008, I received notice that another transfer in the amount of $305,929.87 originating from Defendant EWIL was restrained at ABN Amro. I prepared a Local Rule B.2 notice letter to advise Defendant EWIL of this restraint and included that letter with the same Federal Express package as described above.

10.   The Federal Express package containing the two letters and the pleadings were delivered to Defendant EWIL on July 7, 2008.

11.   On or about July 9, 2008, funds in the amount of $35,710.36 originating from Defendant EWIL were restrained at ABN Amro. I provided notice of this restraint to Defendant EWIL by letter sent via Federal Express on July 9, 2008. As indicated on the attached, that letter was delivered to Defendant EWIL on July 11, 2008.

12.   In accordance with Supplemental Admiralty Rule B, Defendant's answer to the Verified Complaint is due on or before August 6, 2008.

_____
GINA M. VENEZIA

Sworn to before me this
18 of July 2008.

_____
Notary Public

CLARE HENRY
Notary Public, State of New York
No. 01HE4831498
Qualified in Kings County
Certificate in New York County
Commission Expires October 31, 2009

## CERTIFICATE OF SERVICE

       I hereby certify that on July 18, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will automatically send email notification of such filing to all attorneys of record. I also certify that the foregoing document is being served this day on all counsel of record or parties identified on the below service list in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notice of Electronic Filing.

**Via Federal Express**

Europa West-Indie Lijnen B.V.
Gebouw Willemswerf
Boompjes 40, 4th floor
3011 XB Rotterdam, The Netherlands

Attention: Mr. B. Noorman, Chief Commercial Officer

_/s/ Gina M. Venezia_
Gina M. Venezia